# MEMORANDUM DECISIONS

In re BRENNER et al. (Circuit Court of Appeals, Second Circuit. March 9, 1923.) No. 236. Petition to Revise Order of the District Court of the United States for the Southern District of New York. In the matter of Herman Brenner and another, individually, etc., bankrupts. Certain property was ordered sold free and clear of the lien of an alleged chattel mortgage held by Harry Glassman, and he brings a petition to revise. Affirmed. G. A. Honnecker, of New York City, for appellant. D. B. Tolins, of New York City, for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.

DOYLE, Collector of Internal Revenue, v. CARTIER et al. (Circuit Court of Appeals, Sixth Circuit. April 3, 1923.) No. 3765. In Error to the District Court of the United States for the Western District of Michigan; John W. Peck, Judge. Action by Charles E. Cartier and Edward M. Holland, partners as the Cartier-Holland Lumber Company, against Emanuel J. Doyle, Collector of Internal Revenue. Judgment for plaintiffs, and defendant brings error. Affirmed. See 277 Fed. 150. H. M. Darling, Sp. Atty. Bureau of Internal Revenue, of Washington, D. C. (Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich., and Carl A. Mapes, Solicitor of Internal Revenue, both of Washington, D. C., on the brief), for plaintiff in error. Julius H. Amberg, of Grand Rapids, Mich. (Butterfield, Keeney & Amberg, of Grand Rapids, on the brief), for defendant in error. Before KNAPPEN, DENISON, and DONAHUE, Circuit Judges.

DONAHUE, Circuit Judge. The record in this case presents the same questions that were considered and determined by this court in Cartier et al. v. Doyle, Internal Revenue Collector, 277 Fed. 150, which, in the opinion of a majority of this court, are controlling. For the reasons stated in the opinion in that case, the judgment of the District Court is affirmed.

GALVESTON CAUSEWAY CONST. CO. et al. v. GALVESTON, H. & S. A. RY. CO. et al. (Circuit Court of Appeals, Fifth Circuit. March 23, 1923.) No. 3992. Appeal from the District Court of the United States for the Southern District of Texas; Joseph C. Hutcheson, Jr., Judge. Suit in equity by the Galveston Causeway Construction Company and another against the Galveston, Harrisburg & San Antonio Railway Company and others. From a decree dismissing the bill, and awarding defendants relief on cross-claim (284 F. 137), complainants appeal. Affirmed. William S. Hunt and Presley K. Ewing, both of Houston, Tex., for appellants. J. W. Terry, of Galveston, Tex., and J. H. Tallichet, of Houston, Tex. (Chas. H. Theobald, of Galveston, Tex., Palmer Hutcheson, Terry, Cavin & Mills, of Galveston, Tex., and Baker, Botts, Parker & Garwood, of Houston, Tex., on the brief), for appellees. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. We think that the questions raised in this case were properly disposed of on grounds sufficiently stated in the opinion rendered by the District Judge. Galveston Causeway Const. Co. v. Galveston, H. & S. A. Ry. Co., 284 Fed. 137. The decree is affirmed.